IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RICHARD PENA,                        §
                                     §
         *Plaintiff*,                §
                                     §
V.                                   §          CIVIL ACTION NO. SA-23-CA-1542-FB
                                     §
CITY OF SAN ANTONIO,                 §
                                     §
         *Defendant*.                §

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of United States Magistrate Judge, filed in the above-captioned cause on February 10, 2026.  (ECF No. 38).  The Report and Recommendation concerns Defendant City of San Antonio's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(c) and/or Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56.  (ECF No. 28).  Although the City alternatively asks for a judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), this Court, as did the Magistrate Judge, treats the City's motion as one for summary judgment without addressing Rule 12(c).

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review.  *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.").  The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law.  *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (ECF No. 38) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant The City of San Antonio's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(c) and/or Motion for Summary Judgment Pursuant to Fed R. Civ. P. 56 (ECF No. 28) is GRANTED and summary judgment is awarded in favor of the City. The City's alternative motion to dismiss is Denied as Moot.

IT IS FINALLY ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is closed.

It is so ORDERED.

SIGNED this 9th day of March, 2026.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE

.